**93-662.** Jerusalem Twp. Bd. of Trustees v. Batt. *Lucas County,* No. L-92-083.
RESNICK, J., not participating.

**93-668.** Langford v. Green. *Summit County,* No. 15673.

**93-672.** Couch v. Middletown. *Butler County,* No. CA92-05-074.

**93-676.** Grauel v. Grauel. *Lorain County,* No. 92CA005368.

**93-677.** Vaughn v. Ohio Bur. of Emp. Serv. *Guernsey County,* No. 92-CA-18.
DOUGLAS, J., dissents.

**93-678.** Pierce v. Transport Ins. Co. *Licking County,* No. 92-CA-75.
DOUGLAS and WRIGHT, JJ., dissent.

**93-679.** State v. Appleman. *Muskingum County,* No. CA-928.
WRIGHT and PFEIFER, JJ., dissent.

**93-682.** Forbes v. Fair. *Summit County,* No. 15762. On motion and cross-motion to certify the record. Motions denied.
PFEIFER, J., dissents.

**93-687.** Vandemark v. Brown. *Clermont County,* No. CA92-09-088.

**93-690.** Union Ladies Shoes Partners v. Manley. *Franklin County,* Nos. 92AP-1008 and 92AP-1049.

**93-692.** Cummings v. B.F. Goodrich Co. *Washington County,* No. 91-CA-25.
A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**93-694.** Adair v. Dayton Walther Corp. *Montgomery County,* No. 13429.
PFEIFER, J., dissents.

**93-699.** Lexington v. Reddington. *Richland County,* No. 92-CA-46.

**93-703.** Salyers v. McArtor. *Licking County,* No. 92-CA-80.
DOUGLAS, J., dissents.

**93-706.** Walling v. Joy. *Cuyahoga County,* No. 61715.

**93-708.** Williamson v. Belovich. *Lucas County,* No. L-92-068.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**93-709.** Cataffa v. Tele-Solutions, Inc. *Trumbull County,* No. 92-T-4677.
PFEIFER, J., dissents.

**93-724.** Newsome v. Grange Mut. Cas. Co. *Franklin County,* No. 92AP-1172.
MOYER, C.J., and WRIGHT, J., dissent.

**93-726.** Vasas v. Univ. Hosp. of Cleveland. *Cuyahoga County,* No. 64129.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**93-748.** State v. Lechner. *Highland County,* No. 825.

**93-763.** Farmers Natl. Bank of Canfield v. Dollar Savings & Trust Co. *Mahoning County,* No. 92 C.A. 23.
MOYER, C.J., dissents.

**93-775.** In re Sycamore Glen Health Ctr. *Franklin County,* Nos. 92AP-433 and 92AP-434.
PFEIFER, J., dissents.

**93-793.** Antwerp v. Amherst Hosp. *Cuyahoga County,* No. 61680.
RESNICK and PFEIFER, JJ., dissent.

**93-823.** State v. Hall. *Mahoning County,* Nos. 90 C.A. 68 and 90 C.A. 122.

**93-824.** State v. Johnson. *Lorain County,* No. 88CA004325.